UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2014-139 (WOB-CJS)

SHARON E. LUGGEN                                            PLAINTIFF

VS.                              ORDER

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                            DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 12), and having considered de novo those objections filed thereto by plaintiff (Doc. 13) and defendant having filed a response to said objection (Doc. 14), and the Court being advised,

**IT IS ORDERED** that the objections to the Report and Recommendation of the Magistrate Judge be, and they hereby are, **overruled**; the Report and Recommendation (Doc. 12) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. 7) is **denied**; and that defendant's motion for summary judgment (Doc.8) is **granted.**  A separate Judgment shall enter concurrently herewith.

This 29th day of September, 2015.



**Signed By:**

**_William O. Bertelsman_** WOB

**United States District Judge**